AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RECEIVED
SEP 22 2022
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

RECEIVED
US MARSHALS
SAINT PAUL, MN
2022 SEP 14 AM 7:42

United States of America
v.
Abdihakim Ali Ahmed (7)          )  Case No. CR 22-223 MJD/DTS
                                  )
                                  )
                                  )
                                  )
_____
         *Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Abdihakim Ali Ahmed

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 1 – Conspiracy to Commit Wire Fraud, 18:371; Counts 2, 5, 12 – Wire Fraud, 18:1343; Count 15 – Conspiracy to Commit Federal Programs Bribery, 18:371; Counts 21, 26 – Federal Programs Bribery, 18:666(a)(1)(B) and (a)(2); Count 41 – Conspiracy to Commit Money Laundering, 18:1956(h); Count 50, 58 – Money Laundering, 18:1957.

Date: 9/13/2022

_____                          _M. Fogarty_____
                                                *Issuing officer's signature*

City and state:   Minneapolis, MN                Kate M. Fogarty, Clerk of Court
                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____    ARRESTED ON 9/20/2022
                    ARRESTED BY FBI                 _____
                                                    *Arresting officer's signature*
                    U.S. MARSHAL
                    DISTRICT OF MINNESOTA           _____
                    BY [signature]                  *Printed name and title*

SCANNED
SEP 22 2022
U.S. DISTRICT COURT ST. PAUL